1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                             DISTRICT OF NEVADA
8                                    * * *
9    NICHOLAS JAMES WILLING,              Case No. 2:14-cv-01194-RFB-CWH
10                           Petitioner,              ORDER
         v.
11
     BRIAN E. WILLIAMS, SR., et al.,
12
                            Respondents.
13

14          This action is a 28 U.S.C. § 2254 petition for a writ of habeas corpus filed by

15   Nicholas James Willing, a Nevada state prisoner.  On June 22, 2017, this court granted

16   a stay and administratively closed this case pending the completion of petitioner's state

17   postconviction litigation (ECF No. 59).

18          Willing is currently represented by the Federal Public Defender for the District of

19   Nevada (FPD).  On September 20, 2017, Willing's counsel filed a motion to temporarily

20   lift stay and a motion to withdraw as counsel (ECF Nos. 61, 62).  Counsel advises that a

21   conflict has arisen due to an irreparable breakdown in the attorney-client relationship

22   between counsel and his supervisors and Mr. Willing (ECF No. 62, p. 2).  Counsel notes

23   that, among other issues, Willing filed with this court a letter that Willing states he sent to

24   the American Bar Association complaining about the FPD's representation (*see* ECF No.

25   60).  Good cause appearing, the motion to withdraw as counsel is granted.

26

27

28

                                         1

The court's Criminal Justice Act designee has located counsel willing to be appointed to represent the petitioner herein:

Mary Lou Wilson
2064 Regent St.
Reno, NV 89509
(775) 771-8620.

Finally, Willing filed four *pro se* motions while he was represented by the FPD. These are fugitive documents that are not properly before the court, and they shall be denied.

**IT IS THEREFORE ORDERED** that the motion to temporarily lift stay (ECF No. 61) is **GRANTED** for the purposes of this order only.

**IT IS FURTHER ORDERED** that the motion to withdraw as attorney (ECF No. 62) is **GRANTED**. The Federal Public Defender **is released as counsel**.

**IT IS FURTHER ORDERED** that Mary Lou Wilson is **APPOINTED** to represent the petitioner herein. Ms. Wilson is a Criminal Justice Act panel attorney for the United States District Court, District of Nevada. Ms. Wilson shall represent petitioner in all future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18 U.S.C. § 3006A (a)(2)(B), until allowed to withdraw.

**IT IS FURTHER ORDERED** that CJA counsel Mary Lou Wilson shall enter a notice of appearance within **twenty (20) days** of the date of this order.

**IT IS FURTHER ORDERED** that petitioner's four *pro se* motions: motion for complete discovery (ECF No. 64); motion for hearing on Senate Bill #182 (ECF No. 65); motion for appointment of counsel (ECF No. 68); and motion for hearing on newly discovered evidence (ECF No. 70) are all **DENIED**.

DATED: 12 December 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE