# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS JAMES WILLING,<br><br>Petitioner<br><br>v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>Respondents | Case No.: 2:14-cv-01194-RFB-CWH<br><br>**ORDER** |

This action is a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Before the Court are four Motions for Extension of Time, including Petitioner Nicholas James Willing's Motion for Extension of Time to Respond to the Motion to Dismiss (ECF No. 96). Petitioner's motion is granted, but as the response was due to be filed some time ago, this will be a short and final extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time to File a Response to the Motion to Dismiss (ECF No. 96) is **GRANTED**. Petitioner shall file the response, if any, within **fourteen (14) days** of the date of this order.

**IT IS FURTHER ORDERED** that Respondents' second, third, and fourth Motions for Extension of Time to File a Responsive Pleading (ECF Nos. 85, 87, 89) are **GRANTED** *nunc pro tunc*.

Dated: February 21, 2020

_____
Richard F. Boulware, II
U.S. District Judge