**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS JAMES WILLING,<br><br>        Petitioner<br><br>v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>        Respondents | Case No.: 2:14-cv-01194-RFB-CWH<br><br>**ORDER** |

This action is a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Though Petitioner Nicholas James Willing is represented by counsel, he has filed several documents *pro se*, including one styled a "Notice" and another styled an "'Implied' Notice" that state that he has filed a federal whistleblower action. (ECF Nos. 99, 100.) Respondents have filed motions to strike both documents. (ECF Nos. 101,104.)

A party who is represented by counsel cannot file pleadings or any other documents *pro se* without leave of the court. D. Nev. Civ. R. IA 11-6(a). Respondents also note that the "notices" appear to be completely irrelevant to Willing's habeas petition. Accordingly, Respondents' motions are granted, and the *pro se* documents shall be stricken as fugitive documents.

**IT IS THEREFORE ORDERED** that Respondents' Motion to Strike Notice (ECF No. 101) and Motion to Strike Implied Notice (ECF No. 104) are **GRANTED**.

**IT IS FURTHER ORDERED** that the following fugitive documents filed by Petitioner: Inquiry Notice (ECF No. 99); "Implied" Notice (ECF No. 100); response to Motion to Strike (ECF No. 103); opposition to Motion to Extend Time (ECF No. 105); opposition to Motion to Strike (ECF No. 106); and second response to Motion to Strike (ECF No. 107) are **STRICKEN**.

**IT IS FURTHER ORDERED** that Respondents' Motion for Enlargement of Time to file their answer to the petition (ECF No. 102) is **GRANTED**. Respondents shall file their answer on or before September 23, 2020.

Dated: August 6, 2020

Richard F. Boulware, II
U.S. District Judge