# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS JAMES WILLING,<br><br>Petitioner<br><br>v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>Respondents | Case No.: 2:14-cv-01194-RFB-CWH<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court has granted numerous motions by respondents to strike documents that petitioner Nicholas James Willing persists in filing pro se despite being represented by counsel (*see, e.g.*, ECF Nos. 108, 123). Willing has now filed four more documents pro se: a notice re motion to strike; a motion for evidentiary hearing, a "response," and a notice of request to file exhibits (ECF Nos. 122, 124, 125, and 126). Respondents have filed motions to strike the documents (ECF Nos. 127, 128, 129, 130).

As the court has previously explained more than once in this case, a party who is represented by counsel cannot file pleadings or any other documents pro se without leave of the court. LR IA 11-6(a) of the Local Rules of Practice. Accordingly, respondents' motions are granted, and the pro se documents shall be stricken as fugitive documents.

Willing's counsel also filed a motion for extension of time to file a reply in support of the petition (ECF No. 131), which is granted. The court notes that Willing's counsel explained to the

court that part of the reason she seeks the extension is that Willing's continuous filing of pro se motion and documents created confusion and delay.

**IT IS THEREFORE ORDERED** that respondents' motions to strike fugitive documents (ECF Nos. 127, 128, 129, 130) are all **GRANTED**.

**IT IS FURTHER ORDERED** that the following fugitive documents filed by petitioner: a notice re motion to strike (ECF No. 122); a motion for evidentiary hearing (ECF No. 124), a "response" (ECF No. 125) and a notice of request to file exhibits (ECF No. 126) are all **STRICKEN**.

**IT IS FURTHER ORDERED** that petitioner's counseled, unopposed motion to extend time to file a reply in support of the petition (ECF No. 131) is **GRANTED**. Petitioner is to file the reply on or before January 15, 2021.

Dated: January 14, 2021

_____
RICHARD F. BOULWARE, II
U. S. District Judge