# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS JAMES WILLING, | Case No. 2:14-cv-01194-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN E. WILLIAMS, et al., | |
| Respondents. | |

This habeas matter is before the Court on counseled Petitioner Nicholas James Willing's pro se motion for recusal of judge. (ECF No. 140.) Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the Court. Local Rule IA 11-6. As such, Willing's pro se motion is a fugitive document not properly before the Court.

**IT IS THEREFORE ORDERED** that Petitioner's pro se motion for recusal of judge (ECF No. 140) **SHALL BE STRICKEN** as a fugitive document.

Dated: June 2, 2023

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT