UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS JAMES WILLING,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:14-cv-01194-RFB-BNW<br><br>**ORDER** |

This habeas matter is before the Court on counseled Petitioner Nicholas James Willing's *pro se* motion for recusal of judge and *pro se* motion for judicial review de novo. (ECF Nos. 142, 143.) Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the Court. LR IA 11-6. As such, Willing's *pro se* motions are fugitive documents not properly before the Court.

**IT IS THEREFORE ORDERED** that Petitioner's *pro se* motion for recusal of judge and *pro se* motion for judicial review de novo (ECF Nos. 142, 143) **SHALL BE STRICKEN** as fugitive documents.

Dated: October 18, 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT